MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
2825 Dewey Rd # 207
San Diego, CA 92106
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
Email: marco@coastlawgroup.com
Attorneys for Plaintiffs

SAN DIEGO COASTKEEPER, and COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>ROBERTSON'S READY MIX, LTD., a California limited partnership,<br><br>Defendant. | Civil Case No.: 3:20-cv-01565-JM-MSB<br><br>**NOTICE REGARDING EXHIBIT ATTACHMENT** |

1

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiffs Coastal Environmental Rights Foundation and San Diego Coastkeeper inadvertently omitted Exhibit "A" to the Notice of Settlement filed on November 12, 2020 (docket number 11.) Exhibit "A" is attached.

Dated:   November 16, 2020           Respectfully submitted,

COAST LAW GROUP LLP

By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorneys for Plaintiffs
COASTAL ENVIRONMENTAL
RIGHTS FOUNDATION


SAN DIEGO COASTKEEPER

By: s/Matt O'Malley
MATT O'MALLEY
Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER